BENJAMIN B. WAGNER
United States Attorney
Elana S. Landau
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL OJEDA and, ) <br> DANIEL DIAZ, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. 1:10-CR-178 AWI <br><br> STIPULATION AND ORDER TO EXCLUDE TIME |

The parties request that the status conference and hearing on motions in this case, currently set for February 28, 2011, be continued to March 21, 2011 at 9:00a.m.. The parties stipulate that the time between February 28, 2011 and March 21, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the government is still attempting to gather additional discovery sought in Defendant Ojeda's Supplemental Motion For Discovery, which is

1

necessary for both defendants' counsel to prepare any additional motions and effectively prepare for plea negotiations and/or trial. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties further request that the motions schedule currently set be modified to allow the government to respond to any outstanding motions by February 28, 2011, with any reply due to the Court by March 14, 2011.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: February 16, 2011     By:  /s/ Elana S. Landau
                                 Elana S. Landau
                                 Assistant U.S. Attorney

DATE: February 16, 2011          /s/ Victor M. Chavez
                                 Victor M. Chavez
                                 Attorney for Defendant OJEDA

DATE: February 16, 2011          /s/ Mark Coleman
                                 Mark Coleman
                                 Attorney for Defendant DIAZ

**For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.**

IT IS SO ORDERED.

Dated:     February 16, 2011
                                 CHIEF UNITED STATES DISTRICT JUDGE