DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL OJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00178 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION EXTENDING TIME TO FILE MOTIONS; ORDER |
| v. | ) | |
| RAUL OJEDA, | ) | Date:  June 27, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** that the current schedule for filing of motions and for hearing thereon may be reset as follows:  All Parties to file any motions by June 6, 2011; all Parties to respond to any and all current motions by June 20, 2011;  hearing on motions June 27, 2011 at 9:00 a.m.

It is necessary to reset a motions schedule because defendants seek production of additional discovery.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 12, 2011 | | By: | /s/ *Elana Landau*<br>ELANA LANDAU<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| DATED: May 12, 2011 | | By: | /s/ *Mark W. Coleman*<br>MARC W. COLEMAN<br>Attorney for DANIEL DIAZ |
| | | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 12, 2011 | | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAUL OJEDA |

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Ojeda - Stipulation and
Order Extending Time to File Motions        −2−