DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL OJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　　*Plaintiff,* </br></br>　　v. </br></br>RAUL OJEDA, </br></br>　　　　　*Defendant.* | NO. 1:10-cr-00178 AWI </br></br> STIPULATION EXTENDING TIME TO FILE MOTIONS; ORDER </br></br> Date:　August 8, 2011 </br> Time:　9:00 a.m. </br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** that the current schedule for filing of motions and for hearing thereon may be reset as follows:  All Parties to file any motions by July 25, 2011; all Parties to respond to any and all current motions by August 3, 2011;  hearing on motions August 8, 2011 at 9:00 a.m.

　　　It is necessary to reset a motions schedule because defendants seek production of additional discovery.

　　　The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

///

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney


DATED: June 22, 2011          By:    /s/ Elana Landau
                                     ELANA LANDAU
                                     Assistant United States Attorney
                                     Counsel for Plaintiff




DATED: June 22, 2011          By:    /s/ Mark W. Coleman
                                     MARC W. COLEMAN
                                     Attorney for DANIEL DIAZ



                                     DANIEL J. BRODERICK
                                     Federal Defender


DATED: June 22, 2011          By:    /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     RAUL OJEDA
```

## ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   June 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Ojeda - Stipulation and
Order Extending Time to File Motions         −2−