DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL OJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00178 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION RESETTING STATUS CONFERENCE; ORDER |
| v. | ) | |
| RAUL OJEDA, | ) | Date: September 6, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** that the court appearance presently set for August 8, 2011, may be reset to September 6, 2011.

Defendant Ojeda will confer with the government to resolve pending discovery issues.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendants in a speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 4, 2011 | By: | /s/ *Elana Landau*<br>ELANA LANDAU<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| DATED: August 4, 2011 | By: | /s/ *Mark W. Coleman*<br>MARC W. COLEMAN<br>Attorney for DANIEL DIAZ |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 4, 2011 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAUL OJEDA |

**ORDER**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   August 4, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE