DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL OJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00178 AWI |
| *Plaintiff,* | STIPULATION CONTINUING FILING OF MOTIONS; [PROPOSED] ORDER |
| v. | |
| RAUL OJEDA and DANIEL DIAZ, | Date: April 30, 2012 |
| *Defendants.* | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, Attorney Mark W. Coleman, Counsel for Daniel Diaz, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Raul Ojeda, that motions in limine now due on March 12, 2012 may be filed on April 2, 2012. Opposition to be filed on or before April 16, 2012; Replies to any opposition remain due on or before April 23, 2012, and the hearing shall remain the same, April 30, 2012 at 10:00 a.m.

      The reason for this Stipulation is that counsel need additional time for investigation and trial preparation. This continuance will conserve time and resources for both parties and the court.

///

///

///

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: March 13, 2012         By:    /s/ Elana Landau
                                     ELANA LANDAU
                                     Assistant United States Attorney
                                     Counsel for Plaintiff



DATED: March 13, 2012         By:    /s/  Mark W. Coleman
                                     MARK W. COLEMAN
                                     Attorney for DANIEL DIAZ


                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: March 13, 2012         By:    /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     RAUL OJEDA
```

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE