DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL OJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00178 AWI |
|     *Plaintiff,* | STIPULATION RESCHEDULING TRIAL DATE; AND ORDER |
| v. | DATE: August 28, 2012 |
| RAUL OJEDA, et al., | TIME: 8:30 A.M. |
|     *Defendants.* | JUDGE: Honorable Anthony W. Ishii |

Defendant Raul Ojeda by and through his counsel, Assistant Federal Defender Victor M. Chavez has proposed that the trial presently set to commence on May 15, 2012 be reset to August 28, 2012 at 8:30 A.M., and trial confirmation to August 21, 2012, at 10:00 A.M. The United States by Assistant U.S. Attorney Elana Landau, and Defendant Daniel Diaz, by his counsel Mark W. Coleman, have agreed to this stipulation.

The reason for this Stipulation is that Defendant Raul Ojeda needs additional time to consult with an expert concerning certain evidence. This issue was recognized by Mr. Ojeda's counsel on April 9, 2012. Since that time counsel has conferred with a potential expert and with the parties to this case. Counsel for Mr. Ojeda believes that such forensic consultation is necessary to presentation of an adequate defense in his case. Defendant Ojeda believes that resetting the trial date is in the interests of justice as it will allow the defense to address an oversight in its preparation of the defense. Such forensic consultation

may itself facilitate a resolution of the case.  It will also permit the parties to complete their plea negotiations.

  The parties agree and stipulate as follows:

  1.  The present trial date of May 15, 2012 may be vacated and a new trial date may be set for August 28, 2012 at 8:30 A.M., with trial confirmation on August 21, 2012 at 10:00 A.M.

  2.  The purpose of this stipulation is to permit Defendant Ojeda to complete all forensic examination and consultation necessary to an adequate defense. The time period from the filing of this stipulation to the new trial date on August 28, 2012 is excludable under 18 U.S.C. § 3161(h)(7)(B)(iv) and that the interests of justice served by granting this stipulation outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

  So Stipulated and Agreed.

              BENJAMIN B. WAGNER
              United States Attorney

DATED: April 12, 2012      By: /s/ *Elana Landau*
                ELANA LANDAU
                Assistant United States Attorney
                Counsel for Plaintiff

DATED: April 12, 2012      By: /s/ *Mark W. Coleman*
                MARK W. COLEMAN
                Attorney for DANIEL DIAZ

              DANIEL J. BRODERICK
              Federal Defender

DATED: April 12, 2012      By: /s/ *Victor M. Chavez*
                VICTOR M. CHAVEZ
                Assistant Federal Defender
                Attorney for Defendant
                RAUL OJEDA

**ORDER**

IT IS SO ORDERED.

Dated:     April 12, 2012                                      _____
CHIEF UNITED STATES DISTRICT JUDGE

Ojeda - Stipulation Rescheduling Trial Date and Order

-3-