DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL OJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00178 AWI |
| Plaintiff, | STIPULATION RESCHEDULING TRIAL DATE; AND ORDER |
| v. | DATE:  December 11, 2012 |
| RAUL OJEDA, et al., | TIME:   8:30 A.M. |
| Defendants. | JUDGE:  Honorable Anthony W. Ishii |

    Defendant Raul Ojeda by and through his counsel, Assistant Federal Defender Victor M. Chavez has proposed that the trial presently set to commence on October 2, 2012 be reset to December 11, 2012 at 8:30 A.M., and trial confirmation to November 26, 2012, at 10:00 A.M.  The United States by Assistant U.S. Attorney Elana Landau, and Defendant Daniel Diaz, by his counsel Mark W. Coleman, have agreed to this stipulation.

    The reason for this Stipulation is that Defendant Raul Ojeda needs additional time to consult with an expert concerning certain evidence and to complete certain investigation. Counsel for Mr. Ojeda believes that completion of such investigation is necessary to presentation of an adequate defense in this case.  The defense has not been able to complete its investigation and defense counsel was focused on preparation for trials that were to commence August 7, 2012, and September 11, 2012.  In addition, this week a new plea offer will be made to Mr. Ojeda who is housed at Lerdo and this additional time will facilitate plea negotiations.

The parties agree and stipulate as follows:

1. The present trial date of October 2, 2012 may be vacated and a new trial date may be set for December 11, 2012 at 8:30 A.M., with trial confirmation on November 26, 2012 at 10:00 A.M.

2. The purpose of this stipulation is to permit Defendant Ojeda to complete all forensic examination and consultation and investigation necessary to an adequate defense. The time period from the filing of this stipulation to the new trial date on December 11, 2012 is excludable under 18 U.S.C. § 3161(h)(7)(B)(iv) and that the interests of justice served by granting this stipulation outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

So Stipulated and Agreed.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 5, 2012          By:   /s/ *Elana Landau*
                                        ELANA LANDAU
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

DATED: September 5 , 2012         By:   /s/ *Mark W. Coleman*
                                        MARK W. COLEMAN
                                        Attorney for DANIEL DIAZ

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 5, 2012          By:   /s/ *Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RAUL OJEDA

**ORDER**

IT IS SO ORDERED.

Dated:   September 5, 2012                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

Ojeda - Stipulation ReschedulingTrial Date
and Order