```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  Elana S. Landau
    Assistant U.S. Attorney
 3  2500 Tulare St, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4083
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO. 1:10-CR-178
                                )
11              Plaintiff,      )
                                )
12       v.                     )   STIPULATION AND
                                )   ORDER TO CALENDAR CASE FOR
13  RAUL OJEDA, and             )   CHANGE OF PLEA HEARING
    DANIEL DIAZ                 )
14                              )
                                )
15              Defendants.     )
    _____)
16
17       The parties request that this case be scheduled for change
18  of plea hearing on November 13, 2012 at 10:00am. The case is
19  currently set for jury trial on December 11, 2012, with no
20  intervening court date.  However, the parties have reached a
21  resolution in the matter.
22
23                                Respectfully Submitted,
24                                BENJAMIN B. WAGNER
                                  United States Attorney
25
26
    DATE: November 9, 2012    By:  /s/ Elana S. Landau
27                                 ELANA S. LANDAU
                                   Assistant U.S. Attorney
28

                                 1
```

```
DATE: November 9, 2012              /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Attorney for Defendant Ojeda


DATE: November 9, 2012       By:    /s Mark W. Coleman
                                    MARK W. COLEMAN
                                    Attorney for Defendant Diaz


IT IS SO ORDERED.

Dated:     November 9, 2012         _____
                             UNITED STATES DISTRICT JUDGE
```

2